1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JAMES R. CONOLLY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

FILED
Aug 09, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

8                   IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 United States of America,                  CASE NO. 2:21-mj-0126 KJN

12                Plaintiff,                  SEALING ORDER
          v.
13
                                              **UNDER SEAL**
14         JOSHUA WILSON
           CODY CRAMER
15
                Defendants.
16

17
                        **S E A L I N G   O R D E R**
18
     Upon Application of the United States of America and good cause having been shown,
19
     IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,
20
   SEALED until further order of this Court.
21

22  Dated: August 9, 2021

23                                            Hon. Kendall J. Newman
                                              U.S. MAGISTRATE JUDGE
24

25

26

27

28

SEALING ORDER