UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 16, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA WILSON,<br><br>　　　　Defendant. | Case No. 2:21-cr-00155-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSHUA WILSON ,

Case No.  2:21-cr-00155-JAM  Charge 21 USC § 841(a)(1) , from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $   50,000

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):   The defendants release is delayed until, Monday, September 20, 2021 at 9:30 AM.

Issued at Sacramento, California on September 16, 2021 at 2:00 PM.

By:  _/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE