1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Wilson
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,    ) Case No.  2:21-cr-155-JAM
11                              )
              Plaintiff,        ) **STIPULATION AND ORDER TO CONTINUE**
12                              ) **STATUS CONFERENCE AND EXCLUDE TIME**
              vs.               )
13                              ) Date:   December 14, 2021
   JOSHUA WILSON and            ) Time:  9:30 a.m.
14 CODY CRAMER,                 ) Judge: Hon. John A. Mendez
                                )
15            Defendants.       )

16        IT IS HEREBY STIPULATED and agreed by and between Acting United States

17 Attorney Phillip A. Talbert, through Assistant United States Attorney James R. Conolly, counsel

18 for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Hootan

19 Baigmohammadi, counsel for Defendant Joshua Wilson; and Kyle Knapp, counsel for Cody

20 Cramer that the status hearing currently set for December 14, 2021 at 9:30 be continued to

21 February 8, 2022 at 9:30 a.m.

22        The parties specifically stipulate as follows:

23        1.     By previous order, this matter was set for a status on December 14, 2021 at 9:30

24               a.m.

25        2.     By stipulation, Mr. Wilson now moves to continue the status conference to

26               February 8, 2022 at 9:30 a.m.

27        3.     To date, the government has not produced discovery to the defendants. However,

28

1   the government represents that it will discover photographs and reports to Mr.

2   Wilson and Mr. Cramer by December 17, 2021.  The government also intends to

3   discover video evidence and the parties are currently discussing the possibility of

4   a protective order.

5   4.   Mr. Wilson and Mr. Cramer require additional time to review the discovery,

6   investigate and research possible defenses, research potential pretrial motions, and

7   explore potential resolutions to the case, and otherwise prepare for trial.

8   5.   Mr. Wilson and Mr. Cramer believe that failure to grant the requested continuance

9   would deny them the reasonable time necessary for effective preparation, taking

10   into account the exercise of due diligence.

11   6.   Neither the government nor Mr. Cramer object to the continuance.

12   7.   For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial

13   Act), the parties request that the time period between December 14, 2021 and

14   February 8, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. §

15   3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance

16   granted by the Court at the defense's request, based on a finding that the ends of

17   justice served by granting the continuance outweighs the best interest of the

18   public, Mr. Wilson, and Mr. Cramer in a speedy trial.

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28

Stipulation and Order to Continue Status
Conference and Exclude Time                                   -2-                    *United States v. Wilson, et. al.*
                                                                                     2:21-CR-155-JAM

1

2                                   Respectfully submitted,

3                                   HEATHER E. WILLIAMS
                                    Federal Defender
4
        Date: December 9, 2021          */s/  Hootan Baigmohammadi*
5                                   HOOTAN BAIGMOHAMMADI
                                    Assistant Federal Defender
6                                   Attorneys for Mr. Wilson

7

8       Date: December 9, 2021          */s/  Kyle R. Knapp*
                                    Kyle Knapp
9                                   Attorney for Mr. Cramer

10

11      Date: December 9, 2021      PHILLIP A. TALBERT
                                    Acting United States Attorney
12

13                                      */s/ James R. Conolly*
                                    James R. Conolly
14                                  Assistant United States Attorney
                                    Attorneys for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **O R D E R**

2      The Court, having received and considered the parties' stipulation, and good cause

3 appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5 IT IS SO ORDERED.

6

7 Date: December 9, 2021                    /s/ John A. Mendez

8                                                              THE HONORABLE JOHN A. MENDEZ

9                                                              UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28