**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Defendant
Cody Cramer

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-155-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| JOSHUA WILSON and CODY CRAMER, | Date: February 8, 2022
Time: 9:30 a.m.
Judge: Hon. John A. Mendez |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney James R. Conolly, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Joshua Wilson; and Kyle Knapp, counsel for Cody Cramer that the status hearing currently set for February 8, 2022 at 9:30 be continued to April 19, 2022, at 9:30 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on February 8 at 9:30 a.m.

2. By stipulation, Mr. Cramer and Mr. Wilson now move to continue the status conference to April 19, 2022, at 9:30 a.m.

3. To date, the government has not produced discovery to the defendants. However, the government represents that it will discover photographs and reports to Mr.

Wilson and Mr. Cramer sometime in the next two weeks. The government also intends to discover video evidence and the parties are currently discussing the possibility of a protective order.

4. Mr. Cramer and Mr. Wilson require additional time to review the discovery, investigate and research possible defenses, research potential pretrial motions, and explore potential resolutions to the case, and otherwise prepare for trial.

5. Mr. Cramer and Mr. Wilson believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. Neither the government nor Mr. Wilson object to the continuance.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between February 8, 2022 and April 19, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Mr. Wilson, and Mr. Cramer in a speedy trial.

//
//
//
//
//
//
//
//
//
//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 2, 2022        /s/ Hootan Baigmohammadi
                              HOOTAN BAIGMOHAMMADI
                              Assistant Federal Defender
                              Attorneys for Mr. Wilson


Date: February 2, 2022        /s/ Kyle R. Knapp
                              Kyle Knapp
                              Attorney for Mr. Cramer


Date: February 2, 2022        PHILLIP A. TALBERT
                              Acting United States Attorney

                              /s/ James R. Conolly
                              James R. Conolly
                              Assistant United States Attorney
                              Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Date:  February 3, 2022                          /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT COURT JUDGE