FILED
August 23, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA WILSON,<br><br>    Defendant. | Case No. 2:21-cr-00155-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSHUA WILSON ,

Case No. 2:21-cr-00155-JAM , Charge 21 USC § 841(a)(1), from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ _____

    X   Unsecured Appearance Bond $   50,00.00

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

        (Other): The defendant's release is delayed until Friday,
X  08/26/2022, at 9:00 AM to F. Ward or another representative of the
        Jericho Project.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 23, 2022, at 2:30 PM.

By:   */s/ Allison Claire*
       Magistrate Judge Allison Claire