**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Defendant
Cody Cramer

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21-cr-155-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| JOSHUA WILSON and CODY CRAMER, | Date:  December 6, 2022<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney James R. Conolly, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Joshua Wilson; and Kyle Knapp, counsel for Cody Cramer that the status hearing currently set for December 6, 2022, at 9:00 a.m., be continued to March 21, 2023, at 9:00 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on December 6, 2022, at 9:00 a.m.

2. By stipulation, Mr. Cramer and Mr. Wilson now move to continue the status conference to March 21, 2023, at 9:00 a.m.

3. A considerable amount of discovery and numerous videos have been produced to

date.

4. Mr. Cramer and Mr. Wilson require additional time to review the discovery, investigate and research possible defenses, research potential pretrial motions, and explore potential resolutions to the case, and otherwise prepare for trial.

5. Mr. Cramer and Mr. Wilson believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. Neither the government nor Mr. Wilson object to the continuance.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between February 8, 2022and April 19, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Mr. Wilson, and Mr. Cramer in a speedy trial.

Respectfully submitted,

Date: November 30, 2022        /s/ Kyle R. Knapp
                               Kyle Knapp
                               Attorney for Mr. Cramer


                               HEATHER E. WILLIAMS
                               Federal Defender

Date: November 30, 2022        /s/ Hootan Baigmohammadi
                               HOOTAN BAIGMOHAMMADI
                               Assistant Federal Defender
                               Attorneys for Mr. Wilson


Date: November 30, 2022        PHILLIP A. TALBERT
                               United States Attorney

                               /s/ James R. Conolly
                               James R. Conolly
                               Assistant United States Attorney
                               Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  December 1, 2022                    /s/ John A. Mendez
                                                                  THE HONORABLE JOHN A. MENDEZ
                                                                  SENIOR UNITED STATES DISTRICT JUDGE