| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | HOOTAN BAIGMOHAMMADI, SBN 279105 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | Mr. Wilson |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00155-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| JOSHUA WILSON and CODY CRAMER, | Date: April 23, 2024 |
| | Time: 9:00 a.m. |
| | Judge: Hon. John A. Mendez |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney James R. Conolly, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Joshua Wilson; and Kyle Knapp, counsel for Cody Cramer that the status hearing currently set for April 23, 2024 at 9:00 be continued to June 4, 2024 at 9:00 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on April 23, 2024 at 9:00 a.m.
2. By stipulation, Mr. Wilson now moves to continue the status conference to **June 4, 2024, at 9:00 a.m.**
3. To date, the government has produced approximately 850 pages and various audio/video recordings of discovery to the defendants.

4. Mr. Wilson and Mr. Cramer require additional time to review the discovery, investigate and research possible defenses, research potential pretrial motions, and explore potential resolutions to the case, and otherwise prepare for trial.

5. Mr. Wilson and Mr. Cramer believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. Neither the government nor Mr. Cramer object to the continuance.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between April 23, 2024 and June 4, 2024, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Mr. Wilson, and Mr. Cramer in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//
//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: April 12, 2024 | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Mr. Wilson |
| Date: April 12, 2024 | */s/ Kyle Knapp*<br>Kyle Knapp<br>Attorney for Mr. Cramer |
| Date: April 12, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|   | */s/ James R. Conolly*<br>James R. Conolly<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: April 16, 2024                    /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         SENIOR UNITED STATES DISTRICT JUDGE