Kyle R. Knapp, SBN 166597
Attorney at Law
916 2nd Street
2nd Floor
Sacramento, CA 916814
916-441-4717
Fax:916-441-4299
kyleknapp@sbcglobal.net


Attorney for Defendant
Cody. Cramer

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA WILSON and<br>CODY CRAMER,<br><br>Defendants. | Case No. 2:21-cr-00155-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: September 17, 2024<br>Time: 9:00 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney James R. Conolly, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Joshua Wilson; and Kyle Knapp, counsel for Cody Cramer that the status hearing currently set for September 17, 2024, at 9:00 be continued to **November 05, 2024, at 9:00 a.m.**

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on September 17, 2024, at 9:00 a.m.

2. By stipulation, Mr. Cramer now moves to continue the status conference to November 5, 2024, at 9:00 a.m.

3. To date, the government has produced approximately 850 pages and various audio/video recordings of discovery to the defendants.

4. Mr. Wilson and Mr. Cramer require additional time to review the discovery, investigate and research possible defenses, research potential pretrial motions, and explore potential resolutions to the case, and otherwise prepare for trial.

5. Counsel for Mr. Wilson just completed a trial that consumed a great deal of preparation time and Mr. Cramer recently had had tests done following neck surgery that indicate other serious medical issues.

6. Mr. Wilson and Mr. Cramer believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. Neither the government nor Mr. Wilson object to the continuance.

8. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between September 17, 2024 and November 5, 2024, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Mr. Wilson, and Mr. Cramer in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 10, 2024         /s/ Hootan Baigmohammadi
                                  HOOTAN BAIGMOHAMMADI
                                  Assistant Federal Defender
                                  Attorneys for Mr. Wilson


Date: September 10, 2024         /s/ Kyle Knapp
                                  Kyle Knapp
                                  Attorney for Mr. Cramer

//

| | |
|---|---|
| Date: September 10, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ James R. Conolly*<br>James R. Conolly<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: September 13, 2024        /s/ John A. Mendez
          THE HONORABLE JOHN A. MENDEZ
          SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status
Conference and Exclude Time
-3-
*United States v. Wilson, et. al.*
2:21-CR-155-JAM