HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSHUA WILSON and <br> CODY CRAMER, <br><br> Defendants. | Case No. 2:21-cr-00155-JAM <br><br> **STIPULATION AND ORDER TO EXCLUDE TIME** <br><br> Date: November 12, 2024 <br> Time: 9:00 a.m. <br> Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney James R. Conolly, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Joshua Wilson; and Kyle Knapp, counsel for Cody Cramer that time be excluded though November 12, 2024. On the Court's own motion, the previously scheduled November 5, 2024 Status Conference was vacated and reset for November 12, 2024 at 9:00 a.m. ECF no. 93. Mr. Wilson and Mr. Cramer continue to review the discovery, investigate and research possible defenses, research potential pretrial motions, and explore potential resolutions to the case, and otherwise prepare for trial. The parties request that the **time period between November 5, 2024 and November 12, 2024**, inclusive, be **deemed excludable** pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) because it results from a continuance granted by the Court on its own motion, based on a finding that the ends of justice served by

granting the continuance outweighs the best interest of the public, Mr. Wilson, and Mr. Cramer in a speedy trial.

                              Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

Date: October 21, 2024                */s/  Hootan Baigmohammadi*
                              HOOTAN BAIGMOHAMMADI
                              Assistant Federal Defender
                              Attorneys for Mr. Wilson

Date: October 21, 2024                */s/  Kyle Knapp*
                              Kyle Knapp
                              Attorney for Mr. Cramer

Date: October 21, 2024                PHILLIP A. TALBERT
                              United States Attorney

                              */s/ James R. Conolly*
                              James R. Conolly
                              Assistant United States Attorney
                              Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: October 23, 2024        /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE