HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:21-cr-00155-JAM |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) |
| | ) Date:   April 8, 2025 |
| JOSHUA WILSON and | ) Time:  9:00 a.m. |
| CODY CRAMER, | ) Judge: Hon. John A. Mendez |
| | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney

Phillip A. Talbert, through Assistant United States Attorney James R. Conolly, counsel for

Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Hootan

Baigmohammadi, counsel for Defendant Joshua Wilson; and Kyle Knapp, counsel for Cody

Cramer that the status hearing currently set for January 21, 2025 at 9:00 be continued to April 8,

2025 at 9:00 a.m.

The parties specifically stipulate as follows:

1.      By previous order, this matter was set for a status on January 21, 2025 at 9:00

a.m.

**2.**      By stipulation, Mr. Wilson now moves to continue the status conference to **April**

**08, 2025, at 9:00 a.m.**

Stipulation and Order to Continue Status
Conference and Exclude Time                              -1-                    *United States v. Wilson, et. al.*
                                                                                                    2:21-cr-00155-JAM

3.      To date, the government has produced approximately 850 pages and various audio/video recordings of discovery to the defendants.

4.      Mr. Wilson and Mr. Cramer require additional time to review the discovery, investigate and research possible defenses, research potential pretrial motions, and explore potential resolutions to the case, and otherwise prepare for trial.

5.      Mr. Wilson and Mr. Cramer believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6.      Neither the government nor Mr. Cramer object to the continuance.

7.      For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between January 21, 2025 and April 8, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Mr. Wilson, and Mr. Cramer in a speedy trial.

//
//
//
//
//
//
//
//
//
//

1

Respectfully submitted,

2

HEATHER E. WILLIAMS
Federal Defender

3

4

Date: January 13, 2025

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Mr. Wilson

5

6

7

Date: January 13, 2025

*/s/  Kyle Knapp*
Kyle Knapp
Attorney for Mr. Cramer

8

9

10

Date: January 13, 2025

PHILLIP A. TALBERT
United States Attorney

11

12

*/s/ James R. Conolly*
James R. Conolly
Assistant United States Attorney
Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>O R D E R</u>

2          The Court, having received and considered the parties' stipulation, and good cause

3   appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

4   IT IS SO ORDERED.

5

6    Dated: January 15, 2025                    /s/ John A. Mendez
                                                _____
7                                               THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28