| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664<br>Federal Defender |
| 2 | HOOTAN BAIGMOHAMMADI, SBN 279105<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, Third Floor |
| 4 | Sacramento, CA 95814<br>T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>Mr. Wilson |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cr-00155-JAM-1 |
| | ) | |
| Plaintiff, | ) | **FIRST STIPULATION AND ORDER TO** |
| | ) | **CONTINUE SENTENCING HEARING AND** |
| vs. | ) | **MODIFY PRESENTENCE SCHEDULE** |
| | ) | |
| JOSHUA WILSON, | ) | Date:   September 9, 2025 |
| | ) | Time:  9:00 a.m. |
| Defendants. | ) | Judge: Hon. John A. Mendez |
| | ) | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorneys James Conolly, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Joshua Wilson that the Judgment and Sentencing currently set for September 9, 2025 at 9:00 be continued to October 21, 2025 at 9:00 a.m.

The parties specifically stipulate as follows:

1. Mr. Wilson moves to continue the sentencing for compelling reasons. He needs additional time to gather sentencing mitigation materials and establish a factual basis that is relevant to a possible objection to the PSR. This is Mr. Wilson's first request to continue sentencing.

2. Neither the government nor U.S. Probation object to the following modified sentencing schedule:

| | | |
|---|---|---|
| 1 | **Draft PSR** | completed |
| 2 | **Informal Objections** | September 23, 2025 |
| 3 | **Final PSR** | September 30, 2025 |
| 4 | **Formal Objections** | October 7, 2025 |
| 5 | **Response to Formal Objections** | October 14, 2025 |
| 6 | **Judgment and Sentencing** | October 21, 2025 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 19, 2025

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Mr. Wilson

Date: August 19, 2025

ERIC GRANT
United States Attorney

/s/ James Conolly
JAMES CONOLLY
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

Based on the stipulation of the parties, the September 09, 2025 sentencing hearing as to JOSHUA WILSON is **CONTINUED** to **Tuesday, October 21, 2025, at 09:00 a.m**., before Senior District Judge John A. Mendez.  The PSR schedule is **ADOPTED**.

IT IS SO ORDERED.

August 19, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE