HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00155-JAM-1 |
| Plaintiff, | **SECOND STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | Date: October 21, 2025 |
| JOSHUA WILSON, | Time: 9:00 a.m. |
| Defendants. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorneys James Conolly, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Joshua Wilson that the Judgment and Sentencing currently set for October 21, 2025 at 9:00 be continued to **January 06, 2026 at 9:00 a.m.**

The parties specifically stipulate as follows:

1. Mr. Wilson moves to continue the sentencing for compelling reasons. The government and Mr. Wilson were working through issues related to PSR objections, as raised in Mr. Wilson's *Supplemental Informal Objection*, that did not allow him to timely file formal PSR objections. The next date on which the parties and the Court are available is January 6, 2026.

2. Neither the government nor U.S. Probation object to the following modified sentencing schedule:

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | completed |
| **Final PSR** | completed |
| **Formal Objections** | **December 23, 2025** |
| **Response to Formal Objections** | **December 30, 2025** |
| **Judgment and Sentencing** | **January 06, 2026, at 9:00 a.m.** |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 10, 2025

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Mr. Wilson

Date: October 10, 2025

ERIC GRANT
United States Attorney

/s/ James Conolly
JAMES CONOLLY
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **adopts** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: October 14, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE