HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00155-JAM-1 |
| Plaintiff, | **THIRD STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | Date: January 6, 2026 |
| JOSHUA WILSON, | Time: 9:00 a.m. |
| Defendants. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorneys James Conolly, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Joshua Wilson that the Judgment and Sentencing currently set for January 6, 2026 at 9:00 be continued to **April 7, 2026 at 9:00 a.m.**

The parties specifically stipulate as follows:

1. Mr. Wilson moves to continue the sentencing for compelling reasons. The Court has advanced the filing deadline for formal objections and sentencing memorandums. Defense counsel is unable to meet the advanced deadline because he is ill and preparing for a trial.

2. Neither the government nor U.S. Probation object to the following modified sentencing schedule:

| | | |
|---|---|---|
| 1 | **Draft PSR** | completed |
| 2 | **Informal Objections** | completed |
| 3 | **Final PSR** | completed |
| 4 | **Formal Objections** | March 24, 2026 |
| 5 | **Response to Formal Objections** | March 31, 2026 |
| 6 | **Judgment and Sentencing** | April 07, 2026 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 16, 2025

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Mr. Wilson


Date: December 16, 2025

ERIC GRANT
United States Attorney

/s/ James Conolly
JAMES CONOLLY
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

Based on the stipulation of the parties, the January 06, 2026 sentencing hearing is **CONTINUED** to **Tuesday, April 07, 2026, at 9:00 a.m.**, in person, in Courtroom 6, before Senior District Judge John A. Mendez.

The PSR schedule shall be **MODIFIED** as set forth above.

IT IS SO ORDERED.

Dated:  December 16, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE